**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

|  |  |
|---|---|
| ANNUNCIATION HOUSE; ANGRY TIAS & ABUELAS OF THE RIO GRANDE VALLEY; JENNIFER HARBURY; FIEL HOUSTON<br><br>Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas; and STEVEN MCCRAW, in his official capacity as Director of the State of Texas Department of Public Safety<br><br>Defendants. | Case No.   3:21-cv-00178 |

**NOTICE OF RELATED CASE**

Plaintiffs Annunciation House, Angry Tias and Abuelas of the Rio Grande Valley, Jennifer Harbury, and FIEL Houston hereby give notice of the following related case: *United States v. State of Texas, et al.*, No. 3:21-cv-00173-KC (W.D. Tex.), which is currently pending before Judge Cardone.  Both cases involve challenges to the same policy, Executive Order GA-37 (July 28, 2021), and the plaintiffs in both cases seek preliminary relief on preemption and intergovernmental immunity claims.

Dated: August 4, 2021

Respectfully submitted,

*/s/ Adriana Pinon*

Spencer Amdur*
Katrina Eiland*
Cody Wofsy*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770
samdur@aclu.org
keiland@aclu.org
cwofsy@aclu.org

Kathryn Huddleston*
Adriana Pinon, TX Bar No. 24089768
Bernardo Rafael Cruz*
Brantley Shaw Drake*
Andre Segura*
ACLU FOUNDATION OF TEXAS, INC.
5225 Katy Freeway, Suite 350
Houston, TX 77007
Tel. (713) 942-8146
Fax: (713) 942-8966
apinon@aclutx.org
khuddleston@aclutx.org
brcruz@aclutx.org
sdrake@aclutx.org
asegura@aclutx.org

Omar Jadwat*
Noor Zafar*
Ming Cheung*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2660
ojadwat@aclu.org
nzafar@aclu.org
mcheung@aclu.org

*Attorneys for Plaintiffs*

*\*Pro hac vice application forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on August, 4, 2021, this notice was filed simultaneously with the complaint in this action. This notice, along with copies of the summons and complaint, will be served on each Defendant.

*/s/ Adriana Pinon*
Adriana Pinon, TX Bar No. 24089768
August 4, 2021