# Exhibit B

**DECLARATION OF RUBEN L. GARCIA**

I, Ruben L. Garcia, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a resident of El Paso, Texas, and the Director of Annunciation House, based in El Paso—a position I have held since 1978.

**Annunciation House**

2. Annunciation House is a non-profit organization that I and others established in 1978. Since its founding, Annunciation House has offered hospitality to hundreds of thousands of migrants, immigrants, and refugees in the border region of El Paso, including shelter, clothing, food, and other basic necessities. Rooted in Catholic social justice teaching, the volunteers of Annunciation House live simply and in community, in the same houses as the guests we serve. We are one of the largest shelter providers on the U.S.-Mexico border.

3. Annunciation House also participates in advocacy and education around immigration issues and seeks to be a voice for justice and compassion.

4. Annunciation House currently manages four buildings in El Paso as shelters which have a total capacity of 600. Currently, there are 25 volunteers working at the shelters, where they live alongside the migrants they serve. Annunciation House shelters are not set up for long-term hospitality. They are primarily used to house migrants for a few days while they schedule transportation to their intended destinations.

5. While migrants are guests at Annunciation House shelters, we provide them with food, a place to sleep, toiletries, clothing, and referrals for medical attention.

6. Annunciation House provides COVID-19 testing to guests who have arrived without having been tested since entering the United States. Migrants processed via the Migrant Protection Protocols and Title 42 exemptions have all been tested for COVID-19 in the last 24 hours and thus do not need testing upon arrival at Annunciation House. We perform up to forty tests per day. Many Annunciation House volunteers are trained and certified by the State of Texas as to how to test for COVID-19. If a migrant tests positive for COVID-19, that person is isolated at the shelter while I request a room at a hotel that the El Paso City and County Office of Emergency Management set up to provide quarantine space for the homeless population in El Paso. Once I receive confirmation that a room is available, an Annunciation House volunteer transfers them to the hotel where they stay in quarantine for 10 days. Annunciation House has a group of volunteers that provides personal hygiene items and used clothing to migrants in quarantine and checks in on them as to how they are doing. Once a person has completed 9 days of their

quarantine, an Annunciation House volunteer begins to coordinate their travel. At the completion of their 10-day quarantine, another volunteer transfers migrants to the airport or bus station for onward travel.

7. Almost every night, a non-profit organization comes to Annunciation House shelters and offers the Johnson & Johnson Covid-19 vaccine to whoever wants to be vaccinated.

**Migrants Received by Annunciation House**

8. Annunciation House currently receives migrants released by either CBP or ICE. These migrants are guests at Annunciation House and stay with us for a few days.

9. Currently, those released fall into one of three categories. The first and largest group of migrants coming to Annunciation House are released by CBP at a port of entry after either being processed as an exemption from the Title 42 expulsion process, or being processed out of the Migrant Protection Protocols.

10. The second group consists of migrants who are released by ICE from ICE-operated detention facilities, mostly consisting of single adults.

11. The third are families who were initially detained by CBP in another Border Patrol sector, most frequently in the Rio Grande Valley, flown to El Paso while in custody, and released by CBP to an Annunciation House shelter. These families include two parents and one or more children, or a single parent and one or more children.

**Transportation of Migrants in El Paso**

12. The vast majority of migrants released by Immigration and Customs Enforcement (ICE) and Customs and Border Protection (CBP) in the El Paso sector are initially transported to Annunciation House shelters.

13. This transportation is often provided directly by ICE or CBP contractors.

14. Project Amistad, a non-profit organization contracted by El Paso County, generally transports migrants whom CBP has processed at ports of entry and decided to release to Annunciation House shelters.

15. In their transportation of migrants to Annunciation House, Project Amistad drivers transport approximately 12-15 migrants per vehicle. I regularly see migrants arriving at Annunciation House from these vehicles.

16. One or two times a week, migrants are processed at the port of entry during times that Project Amistad is not available to provide transportation. At these times, we or a partner organization hire El Paso Shuttle, a private company that transports migrants in passenger

vans in groups of approximately 15 people at a time from the port of entry to Annunciation House shelters.

17. ICE and CBP contractors also transport released migrants to Annunciation House. The contractors drive buses, which have a capacity for 50 people, with groups of up to 30 people in a vehicle. We regularly see migrants arriving at Annunciation House from these vehicles. At minimum, at least one bus per day arrives at Annunciation House.

18. Whether they are first staying at an Annunciation House or at another shelter for a few nights, or going directly from CBP or ICE release to onward travel, the vast majority of released migrants do not remain in the El Paso area. Approximately 90% of migrants staying at Annunciation House intend to travel elsewhere, either to other parts of Texas or out of the state. They move on quickly to their final destinations across the country, either via Greyhound or other bus companies or via flights. For migrants traveling on flights, they travel in vehicles to the airport.

19. Most migrants do not have the financial resources to rent a vehicle, or do not have a valid U.S. driver's license. On rare occasions, some migrants arrive with some money and are able to rent an Uber or a taxi to pick them up from an Annunciation House shelter to travel onward.

20. If first staying at a local shelter or hotel before onward travel, most released migrants will be transported either by shelter volunteers or by cab services (including Uber, Lyft, or local taxi companies) to bus companies or to the Greyhound bus station in the downtown El Paso area or to the El Paso International Airport.

21. If migrants are together as a family, shelter volunteers or cab services will—in almost all circumstances that I am aware of—transport the family together.

**Annunciation House's Transportation of Migrants**

22. Annunciation House currently owns seven vehicles that we use to transport migrants for various purposes. These include two 15-passenger vans, two mini-vans that seat seven or eight people each, two pick-up trucks that seat four people each, and one sedan that seats five people.

23. We coordinate transportation from Annunciation House depending on migrants' needs. We frequently transport migrants to the El Paso International Airport, the El Paso Greyhound bus station, other bus company locations, and local hospitals. This transportation includes up to 15 passengers at a time. I provide some of this transportation personally, and I help coordinate the rest of it.

24. Annunciation House volunteers drive groups of migrants at least once a week, and often several times a week, generally using one of the seven vehicles owned by Annunciation

3

House. Volunteers drive up to 15 passengers at a time—each vehicle can accommodate 15 passengers.

25. Some of the transportation needs of migrants staying at Annunciation House include transportation to medical appointments, which are scheduled by Annunciation House volunteers, transportation to the El Paso bus station, and transportation to the El Paso airport. Medical appointments include follow-up appointments for ongoing medical treatments of injuries such as broken bones, or emergency medical treatment if needed. When families stay with us and a parent or child needs medical treatment, the whole family is often transported to the medical facility together.

26. Most of the migrants transported by Annunciation House volunteers are moved in groups of up to 15 passengers, depending on their transportation needs. Migrants who need transportation to medical facilities will typically be driven by Annunciation House volunteers in cars containing up to four passengers. If migrants need transportation to the bus station or airport, we will coordinate a larger group of up to 15 people in a single vehicle. Sometimes volunteers use their own personal vehicles to transport migrants; they will typically transport up to two or three migrants at a time. Volunteers frequently conduct several round trips to the airport in a single day. Most of the transportation of larger groups occurs on Sundays. Because Project Amistad does not work on Sundays, we must transport all migrants who are leaving on that day to the bus station or airport. However, at any time during the week, we may transport migrants—either to and from medical facilities, or to the bus station and airport.

27.  I have personally driven migrants in the El Paso area using vehicles owned by Annunciation House on numerous occasions. How often I transport migrants varies, but I normally drive at least one migrant somewhere in El Paso at least once every few days, depending on migrants' current needs and the operational capacity of Annunciation House volunteers.

**The Effects of Governor Abbott's Executive Order Regarding Transportation of Migrants**

28. I first learned about Governor Abbot's Executive Order regarding transportation of migrants when it was issued on July 28, 2021. The next morning, at approximately 7:00 am, I received a call from Project Amistad expressing fear that the order put their drivers at risk of being detained by Department of Public Safety ("DPS") officers. Individual Annunciation House volunteers have called me asking if they could lose their vehicles for driving migrants to transportation hubs and hospitals.

29. I have not yet provided any instructions to Annunciation House volunteers regarding the order, other than a basic understanding that our transport of migrants could put us at risk of vehicle impoundment or other consequences. Our volunteers are not required to continue to drive migrants if they are concerned about the consequences in light of this order. I am committed to continuing our work at Annunciation House, but the order

places me and Annunciation House staff and volunteers in an impossible situation where we either fail to meet the critical transportation needs of the migrants staying with us or face significant risks of being stopped, having our vehicles impounded, and incurring a fine of up to $1,000.

30. Many of our volunteers will likely stop driving migrants in fear of being targeted by DPS officers as a result of the executive order. I do not anticipate that I will be able to replace these volunteers at the necessary level to maintain our current operations. Without a sufficient number of volunteers to drive, I will lack the ability to transfer migrants to transportation hubs and their ultimate destinations.

31. Annunciation House can only receive a fixed number of people at our shelters, and our shelters are not designed for long-term stays. If migrants we accept are unable to continue on their journeys, we would be committing ourselves to their long-term care, which is not something we do as an operation and do not have the financial resources or expertise to do. As a result, I will be forced to stop receiving migrants into Annunciation House from CBP and ICE.

32. Further, because Annunciation House is not set up as long-term housing, and given our limited capacity, we will have to stop our operations if released migrants in our care are unable to travel on to their final destinations.

33. Put simply, this executive order prevents our organization from doing what we do. It interferes with our mission of providing relief and support to migrants in the El Paso area. The executive order threatens the closure of Annunciation House, one of the largest shelter providers along the U.S.-Mexico border.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and recollection.

Executed on __Aug. 4__, 2021 at __El PASO__, __Texas__, United States.

_____
Signature

__Ruben L Garcia__
Printed Name

5