# Exhibit C

**DECLARATION OF MADELEINE SANDEFUR**

I, Madeleine Sandefur, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a resident of Laguna Vista, a small town in Texas's Rio Grande Valley near Brownsville, and I am a member of the Angry Tias & Abuelas of the Rio Grande Valley ("Angry Tias").

2. Angry Tias is a grassroots volunteer organization that assists asylum seekers in the Rio Grande Valley. Our mission is dignity and justice: to provide basic necessities for health and safety and support for dignity and justice to asylum-seeking families and individuals as they embark on their journeys to destinations in the United States.

3. Our organization formed in June 2018 to address the injustices that asylum seeking families and individuals were experiencing in the Rio Grande Valley. We formed Angry Tias to provide humanitarian aid to asylum seekers who were waiting for days outdoors in the summer heat, providing basic necessities like food, water, and blankets. In 2019, we received the Robert F. Kennedy Human Rights Award for our work assisting migrants.

4. We currently assist roughly 10,000 migrants each year. We fund shelter, transportation, and legal assistance, and we provide direct humanitarian support.

5. While disrupted by COVID, our work over the past three years has regularly included assisting asylum seekers at the Brownsville, Harlingen, and McAllen bus stations as they travel on to their final destinations in the United States, outside of the Rio Grande Valley. We provide information to them about the bus journey and about how to navigate the trip, and we frequently provide humanitarian aid, including water and food for the bus ride.

6. Typically, in our experience, groups of asylum seekers travel on a single bus at the same time. Roughly 90% of the asylum seekers we assist leave the Rio Grande Valley by bus. They travel by bus because of the relative cost as opposed to other means of travel; most asylum seekers have very little money. Families of asylum seekers generally travel together.

7. Several members of the Tias regularly transport asylum seekers from shelters or hotels to doctor's offices, bus stations, or airports. For example, starting in 2018, attorneys who worked with detained asylum seekers asked me to pick up clients released from nearby Port Isabel Detention Center and to transport them to an area shelter, the Brownsville bus station, or the Brownsville airport. Over time, these regular requests have come not only from attorneys, but from families of asylum seekers whom I have gotten to know through

1

the local community. These trips have included trips with 2-3 asylum seekers in the vehicle.

8.  As part of our work, the Angry Tias has an ongoing retainer agreement with a local taxi company, Imperial Taxi. We pay the taxi company weekly to transport recently crossed asylum seekers in the Rio Grande Valley. We have arranged this transportation with Imperial Taxi through our connection to two individual legal service providers who serve asylum seekers. Once the providers' clients have been released in the United States, the providers or the asylum seekers themselves call Imperial Taxi for transport. We then pay Imperial Taxi for the rides provided each week.

9.  Imperial Taxi's transportation of asylum seekers, which we pay for, is important to our humanitarian mission. Imperial Taxi transports the asylum seekers to hotels, to bus stations, and to airports for us. Imperial Taxi typically provides around 50 trips for asylum seekers on our behalf each month.

10. Imperial Taxi regularly transports multiple migrants in the taxi at a time, including families. Roughly 50% of their trips for us involve transporting multiple asylum seekers as a group together in the taxi. For example, on July 24 Imperial Taxi took four migrants to the Brownsville airport. On July 25, Imperial Taxi transported two migrants to the McAllen airport. They also recently transported for us a family of six recently arrived migrants.

11. Our ongoing contract with Imperial Taxi is in jeopardy in light of the executive order banning certain transportation of migrants.

12. Those of us who drive migrants for our volunteer work for the Angry Tias are extremely concerned about the consequences of the executive order. We are now each forced to choose between continuing our humanitarian work and risking the harsh penalties of the executive order. For example, I will no longer be able to offer transportation services to immigrants. This is because I cannot risk detention or impoundment of my car, as I am the sole caregiver to my 87-year-old husband, who is in the last stages of Alzheimer's disease.

13. The executive order will directly impact our work. It will harm asylum-seeking families and individuals in the Rio Grande Valley, because they will not be able to travel on buses to destinations throughout Texas and all over the country. They will be functionally unable to leave the Rio Grande Valley. We will need to respond to this humanitarian crisis. Our work would need to shift to working to provide housing and humanitarian assistance to families who cannot leave the Valley, which would severely strain our resources. We will be unable to provide the services that we ordinarily would to families traveling to their onward destinations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and recollection.

Executed on ___August 4___, 2021 at ___Laguna Vista, TX___

_Madeleine Sandefur_
Madeleine Sandefur

3