# Exhibit D

**DECLARATION OF JENNIFER K. HARBURY**

I, Jennifer K. Harbury, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

**Personal Background and Volunteer Work**

1.  I graduated from Harvard Law School in 1978 and was licensed to practice law in Texas in 1978. I went into inactive status in 2018.

2.  After retiring in 2018, I have spent most of my time assisting migrants in the Texas-Mexico border area between McAllen, Texas and Brownsville, Texas, on both sides of the border. I spend well over 40 hours per week doing humanitarian volunteer work.

3.  I have always dedicated myself to the cause of justice and human rights. After decades as a public interest lawyer, I continue to feel a sense of dedication to improving the lives of others and find I can most effectively do so through my humanitarian work. I am especially dedicated to the rights of refugees because my own father was forced to flee Nazi Europe as a child, and because I witnessed first-hand what is driving Central Americans, Haitians, and others from their homeland. I will never stop this work.

4.  On the Mexico side of the border, my volunteer work since January 2017 has included interviewing hundreds of migrants in the Reynosa, Mexico area, providing them with information about their rights, and organizing food, shelter and medical support.

5.  In 2018, I along with other volunteers formed the organization Angry Tias and Abuelas, a volunteer association of women working together to engage in humanitarian work supporting migrants.

**My Volunteer Work Hosting Migrants in My Home**

6.  I have likewise carried out countless hours of volunteer work with migrants on the Texas side of the border. My work in Texas has similarly focused on humanitarian support for migrants released by CBP and ICE, such as providing information on the immigration system, food and water, and assistance in navigating onward travel.

7.  My work in Texas has included hosting in my home a minister from Africa, a young transgender woman, and a severely traumatized mother and her five-year-old son after they were released from immigration detention pending their asylum hearings. They all lived in my home until they received official work authorization from the federal government. I host migrants in my home in my individual capacity, not as part of the work of the Angry Tias and Abuelas organization.

8.  When I host released migrants, I typically transport them from area detention centers to my home.

1

9. Once migrants are settled into my house, I take them to medical visits, to appointments with their lawyers, and to check-ins with the local ICE office. I drive them both individually and in groups.

10. I also typically take them to local stores to buy a few changes of clean, decent clothing, as well as comfortable shoes. If the migrants that I am hosting are a family, we will typically all travel together as a group in my vehicle.

11. I also transport released migrants staying at my home to the grocery store or the local farmers' market to buy food after their difficult journey and detention.

12. When hosting migrants in my home, I also drive them to local churches for religious guidance. Often, I bring them with me on visits with friends, so that they and their children can once again get a glimpse of a normal life, free of the attacks, kidnappings, and shows of hate that they fled in their home countries.

13. I have also transported migrants on short trips to local parks for recreation and, before the COVID-19 pandemic, to see a movie. All of them had come close to death and suffered horrifying assaults: it was wonderful to see them begin to bloom again.

14. For example, this summer, I hosted a mother and her 5-year-old son from El Salvador after their release from CBP custody. Before this, they were forced to stay in Mexico for 1.5 years under the MPP program and had been kidnapped 3 times. During the weeks they stayed with me, I transported this mother and child together in my vehicle to the clinic, park, grocery store, classes, and other stores several times a week.

15. There are numerous law enforcement agencies present in south Texas. I frequently see Border Patrol, local, and state law enforcement vehicles in the area where I live and work, including when transporting migrants I host. These law enforcement vehicles include state Department of Public Safety ("DPS") vehicles.

16. I would like to continue hosting migrants in my home on a regular basis and transporting them to the various locations I discussed above. These families have suffered terrible abuse in their home countries and need help finding basic life necessities when they first arrive in the United States.

**My Work with Migrants at the McAllen Bus Station**

17. I also worked in the McAllen bus station during the winters of 2018 and 2019.

18. At the bus station, I met with migrants heading to their families in other parts of the country. I helped explain their travel schedules, offered information about migrant assistance programs, and provided for any last-minute needs for things like food, shoelaces, blankets, phone calls, or medical care.

19. Through this work, I transported migrant families on several occasions to the emergency room. The most common reason would be a seriously ill child who had worsened during the night. The parents would arrive very early at the bus station, weeping and terrified.  One of my key tasks was to re-arrange their tickets and drive the family as a group to the emergency room where the child could get treatment. Once stabilized, I would also take them together to the drug store to buy the medicines they were prescribed. When time permitted, I would drive for other reasons, such as getting the child a pair of warm shoes that fit, which they often lacked.

20. Through this work, I have also transported families together to local airports or to other shelters in the area. The migrants I have taken to airports are traveling to join family in other parts of the country, where their ICE check ins are scheduled and immigration proceedings will occur.

21. I am aware of many volunteers who continue to engage in this work. I will continue to support their work, and I will continue to transport migrants myself—whether those I host or when I am needed at the bus station to assist.

22. Through this work, I also became familiar with the ways in which migrants travel through the Rio Grande Valley to reach onward destinations.

23. Most migrants use buses to travel out of the Rio Grande Valley once they are released from government custody, often after staying at a local shelter. Migrants take large charter buses operated by various bus companies to destination cities across the United States, including frequently to major cities in Texas like Houston. Any single bus typically includes a group of migrants, who choose buses given their cost and convenience.

24. It would be impractical for migrants to leave the Rio Grande Valley individually, in separate private vehicles. First, many migrants travel together as families, which frequently include young children who cannot be split up into separate vehicles. Second, in my experience, migrants typically do not have U.S. drivers licenses or their own vehicles. Third, it would be impossible for the humanitarian networks and organizations in the Rio Grande Valley to shuttle migrants individually in separate vehicles to their onward destinations in Texas or to the state border— there are simply too many people, and that would be an impossible task for us both financially and in terms of the toll on individuals.

25. If bus and other collective travel were disrupted, thousands of migrants would simply be unable to leave the Rio Grande Valley.

**Possible Consequences to Me Personally of Governor Abbott's Executive Order Regarding Migrant Transportation**

26. I own a 2018 Toyota Corolla in which I carry out the humanitarian transportation described here.

3

27. If my car is impounded as a result of Governor Abbott's order, I will be unable to carry out my volunteer humanitarian work. I also will lose my only form of transportation. As a 70-year-old retiree, I could not afford to pay fees to get my car back or pay for alternate forms of transportation.

28. I believe Governor Abbott's order is illegal and puts me in an impossible situation. I am deeply committed to my humanitarian volunteer work, including transporting released migrants. But the order would either force me to cease these activities and strand families who need my help risk of being stopped, having my vehicle seized, and other negative consequences for myself or my property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and recollection.

Executed on ___Aug. 4 2021 2021___ at ___McAllen___, ___Texas___, United States.

___[signature]___
Signature

___Jennifer K. HARBURY___

Printed Name

4