# Exhibit E

**DECLARATION OF CESAR ESPINOSA**

I, Cesar Espinosa, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.  I am the Executive Director of FIEL Houston. FIEL is an acronym for Familias Inmigrantes y Estudiantes en la Lucha (Immigrant Families and Students in the Struggle). FIEL is a non-profit, immigrant-led civil rights organization based in Houston, Texas. We have eight full-time staff members. Our mission includes empowering immigrant youth and their families through civic engagement, access to higher education, and advocacy for more just immigration policies.

2.  FIEL has approximately 11,000 members, all based in the greater Houston area. Of those, about 7,000 members are undocumented. More than three quarters of our members are also part of mixed-status families, meaning that some family members have legal immigration status, such as U.S. citizenship, whereas others are undocumented.

3.  FIEL provides a variety of legal, advocacy, and education services for its members. Our legal department connects members with attorneys to assist them with immigration matters ranging from deportation defense to applying for DACA renewals and preparing adjustment of status and naturalization applications. Through FIEL's deportation defense program, we secure pro bono representation for members in removal proceedings or with final orders of removal, engage in congressional advocacy, and organize press conferences and solidarity protests.

4.  FIEL also conducts regular know-your-rights workshops advising members of their rights if they are questioned or detained by law enforcement or immigration officials. We have a dedicated, full-time staff member who handles legal intakes and responds to inquiries from members regarding their rights.

5.  I am aware that on July 28, 2021, Texas Governor Greg Abbott issued an executive order that restricts the transportation of migrants within the state of Texas.

6.  FIEL manages several social media sites, including Facebook, Instagram, and Twitter. FIEL also has a local office phone number in Houston, where a receptionist receives intake calls. As soon as Governor Abbott issued this recent Executive Order, we started receiving calls and online messages, asking what this order means. So far we have received approximately 50 calls and messages. Members are very concerned that they will be profiled and will be subject to unlawful detention or other civil rights abuses as a result of the Executive Order.

7.  FIEL members include migrants whose travel is limited by the order, including asylum seekers released from Customs and Border Protection so that they can pursue asylum while living in the United States. We also help members report to their regular ICE

1

check-ins and to attend scheduled immigration court proceedings. FIEL staff often drive members to these proceedings.

8.  We have many members who were released from CBP custody after crossing the border before March 2020—in other words, before COVID. Our members also include at least 10 families who arrived in the United States after March 2020 and who were subsequently released from immigration custody to continue their immigration processing.

9.  FIEL members who are subject to this order, including families, often travel as a group in vehicles.

10. FIEL members often drive multiple people who are subject to this order in a group.

11. FIEL members fear the prospect of being subjected to profiling based on their race and ethnicity and stopped by Department of Public Safety (DPS) officers during their day-to-day activities.

12. As a result of this order, some members are reporting they are afraid to go to work, transport their children to school, or even travel to medical appointments. Groups of workers often take buses or carpool to work. The order is making our members afraid to perform these basic life tasks. Some have even reported to me that they have stopped driving altogether. The 10 families who arrived in the United States after March 2020 are particularly nervous about being stopped. They and many other migrants across Texas will be unable to travel to get COVID-19 testing and medical care.

13. The Executive Order forces FIEL's members to risk being profiled and stopped by DPS officers if they leave their homes—effectively preventing some members from driving. FIEL members fear that state officers will decide to stop people on the basis of the order by making a judgment as to who they think looks like a migrant or an asylum seeker—or that the order will otherwise become a basis for profiling.

14. Some of our members are DACA recipients and legal permanent residents who, when they entered the country years ago, were arrested by Border Patrol and eventually released. The order severely impacts their ability to ride in cars and buses with others, even though they entered the country long before COVID-19.

15. To respond to the Executive Order, FIEL will have to develop informational literature and shift resources from other areas of work to help inform our members of their rights in the face of this extreme order. FIEL will have to offer additional know-your-rights trainings. We will also have to respond to member inquiries about the Executive Order— as we are already doing. We will need to handle an increased number of legal intakes related to DPS stops of individuals. All of this will require additional staff time,

2

resources, and money that were not previously dedicated to these issues. We will necessarily have to take this time, resources, and money away from our other activities. Some of the activities we will need to divert include the support we provide to members to inform themselves of how to prevent and treat COVID-19 and helping members find housing in the Houston area.

16. Members, including myself, fear being unlawfully detained while they are forced to prove that they do not fall under this order. Individuals who have DACA, for example, would be forced to prove they are here lawfully and should not be detained pursuant to the order if they are stopped by DPS troopers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and recollection.

Executed on __August 4,__, 2021 at __Houston__, __Texas_____,
United States.

_____
Signature

__Cesar Espinosa__

Printed Name

3