**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

ANNUNCIATION HOUSE; ANGRY TIAS &
ABUELAS OF THE RIO GRANDE VALLEY;
JENNIFER HARBURY; FIEL HOUSTON

              Plaintiffs,

     v.

GREG ABBOTT, in his official capacity as Governor
of the State of Texas; and STEVEN MCCRAW, in his
official capacity as Director of the State of Texas
Department of Public Safety

              Defendants.

Case No. 3:21-cv-00178

**PROPOSED ORDER GRANTING MOTION TO CONSOLIDATE**

Upon due consideration of Plaintiffs' motion to consolidate, the Court hereby **GRANTS**

Plaintiffs' motion and orders as follows:

1. This case is consolidated for all purposes with *United States v. Texas*, 3:21-cv-173-KC

   (W.D. Tex.).

2. Plaintiffs in this case shall adhere to all deadlines currently set in 3:21-cv-173, including

   the preliminary injunction hearing on August 13, 2021.


DATED: _____     _____

                      UNITED STATES DISTRICT COURT JUDGE

1