**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

ANNUNCIATION HOUSE; et al.

vs.                                                      Case No.:  3:21-cv-00178-KC

GREG ABBOTT; et al.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now ___Spencer Amdur_____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent ___Plaintiffs ANNUNCIATION HOUSE; et al.____ in this case, and

would respectfully show the Court as follows:

1.      Applicant is an attorney and a member of the law firm (or practices under the name of)

   ___American Civil Liberties Union Foundation_____ with offices at:

   Mailing address:  ___39 Drumm Street_____

   City, State, Zip Code:  ___San Francisco, California, 94111_____

   Telephone:  ___(415) 343-0770_____      Facsimile:  ___(415) 395-0950_____

2.      Since ___February 14, 2018_____, Applicant has been and presently is a

   member of and in good standing with the Bar of the State of ___California_____.

   Applicant's bar license number is ___320069_____.

3.      Applicant has been admitted to practice before the following courts:

   Court:                                              Admission date:

   ___Please see attached._____        _____

   _____            _____

   _____            _____

4.    Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5.    I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____5:17-cv-404-OLG_____ on the __26__ day of __May_____, _2017_.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8.    Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.    Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: _Adriana Pinon / *Adriana Pinon*_

Mailing address: _5225 Katy Freeway, Suite 350_

City, State, Zip Code: _Houston, Texas, 77007_

Telephone: _(713) 942-8146_

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of _Spencer Amdur_ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

_Spencer Amdur_
[printed name of Applicant]

_[signature]_
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the _5_ day of _August_, _2021_.

_Spencer Amdur_
[printed name of Applicant]

_[signature]_
[signature of Applicant]

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

**EL PASO DIVISION**

ANNUNCIATION HOUSE; et al.

vs.                                                              Case No.: 3:21-cv-00178-KC

GREG ABBOTT; et al.

**ORDER**

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by ___Spencer Amdur_____, counsel for

___Plaintiffs ANNUNCIATION HOUSE; et al._____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

___Spencer Amdur_____ may appear on behalf of ___Plaintiffs ANNUNCIATION_____

in the above case.

IT IS FURTHER ORDERED that ___Spencer Amdur_____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of ___August_____, 20_____.

_____
Please Choose Judge

**Spencer Amdur List of Court Admissions**
**California Bar No. 320069**

| COURT | ADMISSION DATE |
|---|---|
| U.S. District Court, Northern District of California | 11/27/2018 |
| U.S. District Court, Southern District of Ohio | 08/12/2016 |
| U.S District Court, Southern District of California | 2/22/2018 |
| Fourth Circuit Court of Appeals | 04/11/2017 |
| Fifth Circuit Court of Appeals | 10/02/2017 |
| U.S. District Court, Eastern District of California | 4/19/2017 |
| Seventh Circuit Court of Appeals | 11/16/2018 |
| Third Circuit Court of Appeals | 10/01/2018 |
| Ninth Circuit Court of Appeals | 08/13/2018 |
| Second Circuit Court of Appeals | 04/25/2019 |