IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ANNUNCIATION HOUSE; ANGRY TIAS & ABUELAS OF THE RIO GRANDE VALLEY; JENNIFER HARBURY; and FIEL HOUSTON, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | EP-21-CV-178-KC |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas; and STEVEN MCCRAW, in his official capacity as Director of the State of Texas Department of Public Safety, | § § § § § § § § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered motions for admission pro hac vice filed by Spencer Amdur, Kathryn Huddleston, Andre Ivan Segura, Cody Wofsy, and Omar Jadwat, in the above-captioned case. *See* ECF Nos. 6, 8, 9, 11, 15 (collectively, the "Motions"). By the Motions, attorneys Amdur, Huddleston, Segura, Wofsy, and Jadwat move the Court to grant them admission to represent Plaintiffs pro hac vice.

Pursuant to this Court's January 6, 2014, Order regarding Pro Hac Vice Fees, if an attorney not admitted to the bar of this Court who has previously appeared before this Court pro hac vice "wishes to practice in this Court in subsequent matters, then the full and complete admissions requirements as set forth in Local Court Rule AT-1 must be met."[1]

---

[1] The Court's Order re: Pro Hac Vice Fees may be found at https://www.txwd.uscourts.gov/wp-content/uploads/Standing%20Orders/District/Order%20Regarding%20Pro%20Hac%20Vice%20Fees.pdf. Local Court Rule AT-1 may be found at https://www.txwd.uscourts.gov/court-information/lcr-attorney-rules/index.html.

The Court's records reflect that the above-named attorneys have all appeared pro hac vice before this Court in prior cases. Accordingly, to represent Plaintiffs in this case, they must comply fully with the admissions requirements set forth in Local Court Rule AT-1.

It is therefore **ORDERED** that the Motions, ECF Nos. 6, 8, 9, 11, 15, are **GRANTED** in part. Attorneys Amdur, Huddleston, Segura, Wofsy, and Jadwat shall apply for admission to practice before the United States District Court for the Western District of Texas **on or before September 17, 2021**, and diligently pursue such application until they are either admitted to practice before this Court or denied admission. Failure to apply and pursue admission will result in removal from the case. In the interim, the above-named attorneys may represent Plaintiffs pro hac vice until they are either admitted to practice before this Court, denied admission, or removed for failure to comply with this Order.

**SO ORDERED**.

**SIGNED this 6th day of August, 2021.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE