**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| ANNUNCIATION HOUSE; ANGRY TIAS & ABUELAS OF THE RIO GRANDE VALLEY; JENNIFER HARBURY; and FIEL HOUSTON, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas; and STEVEN MCCRAW, in his official capacity as Director of the State of Texas Department of Public Safety, <br><br> Defendants. | Case No. 3:21-cv-178-KC |

**MOTION TO EXPEDITE CONSIDERATION OF PLAINTIFFS'**
**MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs respectfully move to expedite consideration of their preliminary injunction motion, so that it can be decided with the preliminary injunction motion in *United States v. State of Texas, et al.*, No. 3:21-cv-00173 (W.D. Tex.). Both cases challenge Executive Order GA-37, which bans the transport of certain migrants in Texas, and the motions each seek to enjoin the order based on preemption and intergovernmental immunity claims.[1]

As explained in Plaintiffs' motion to consolidate, the two preliminary injunction motions should be heard together for purposes of judicial economy. Dkt. 5 at 3. Plaintiffs are individuals and organizations whose conduct and movement are directly curtailed by the executive order. Like the United States, Plaintiffs seek a preliminary injunction on preemption and immunity

---

[1] Plaintiffs' counsel has conferred with counsel for Defendants; Defendants oppose this motion.

grounds.  Plaintiffs present arguments and facts regarding the order's impact on migrants, shelters, drivers throughout Texas, and humanitarian organizations that serve asylum seekers. These arguments and facts are central to the executive order's legality and the irreparable harm it would cause.  Hearing argument on the motions together will avoid the unnecessary duplication of hearing argument on and deciding the two motions separately.

Plaintiffs therefore request that the Court order any briefing on an expedited basis and join the cases for hearing, so that Plaintiffs in this case can present argument at the hearing currently set for August 13 in *United States v. Texas*.  For instance, the current schedule would allow for a response due this Wednesday at noon, followed by a reply due Thursday.  This would ensure that the Court can consider the executive order's impact on both federal and private parties, and can resolve the motions with one full set of arguments and evidence.

Plaintiffs have moved to consolidate their case and preliminary injunction motion with *United States v. Texas*.  Dkt. 5.  If the Court does not wish to grant full consolidation at this time, it can still set the preliminary injunction motions for the same schedule and hearing, and decide consolidation afterward.  Alternatively, the Court could consolidate only for preliminary injunction purposes, and reserve the question of whether to consolidate the cases more broadly. Fed. R. Civ. P. 42(a) (providing for consolidation in part, including "join[ing] for hearing . . . any or all matters at issue"); *see, e.g.*, *Lay v. Spectrum Clubs, Inc.*, 2013 WL 788080, at *3 (W.D. Tex. Mar. 1, 2013) (consolidating for discovery and pretrial purposes only and reserving whether to "combine the cases for all purposes").

For the foregoing reasons, Plaintiffs respectfully request that the Court expedite consideration of their motion for preliminary injunction, set it on the same hearing schedule as

the motion in *United States v. State of Texas, et al.*, No. 3:21-cv-00173 (W.D. Tex.), and join the

two hearings.

Dated: August 9, 2021

Respectfully submitted,

Spencer Amdur*
Katrina Eiland*
Cody Wofsy*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770
samdur@aclu.org
keiland@aclu.org
cwofsy@aclu.org

Omar Jadwat*
Noor Zafar*
Ming Cheung*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2660
ojadwat@aclu.org
nzafar@aclu.org
mcheung@aclu.org

*/s/ Adriana Pinon*
Kathryn Huddleston*
Bernardo Rafael Cruz*
Brantley Shaw Drake*
Adriana Pinon, TX Bar No. 2408976
Andre Segura*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF TEXAS, INC.
5225 Katy Freeway, Suite 350
Houston, Texas 77007
Tel: (713) 942-8146
khuddleston@aclutx.org
brcruz@aclutx.org
sdrake@aclutx.org
apinon@aclutx.org
asegura@aclutx.org

*Attorneys for Plaintiffs*
*\*Pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2021, I served a copy of the foregoing motion via the Court's ECF filing system.

*/s/ Adriana Pinon*
Adriana Pinon, TX Bar No. 24089768
August 9, 2021