**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| ANNUNCIATION HOUSE; ANGRY TIAS & ABUELAS OF THE RIO GRANDE VALLEY; JENNIFER HARBURY; and FIEL HOUSTON, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas; and STEVEN MCCRAW, in his official capacity as Director of the State of Texas Department of Public Safety, <br><br> Defendants. | Case No. 3:21-cv-178-KC |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXPEDITE**
**CONSIDERATION OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs' Motion to Expedite Consideration of Plaintiffs' Motion for Preliminary Injunction and any response and reply, the Court GRANTS Plaintiffs' Motion. Defendants shall respond to Plaintiffs' Motion for Preliminary Injunction no later than Wednesday, August 11, at 12 PM. Plaintiffs shall reply no later than Thursday, August 13. This motion for preliminary injunction is joined for hearing with the motion for preliminary injunction in *United States v. Texas*, No. 3:21-cv-00173, to be heard on Thursday, August 13.

IT IS SO ORDERED.

Dated this ___ day of August, 2021.

_____

The Honorable Kathleen Cardone