UNITED STATES COURTHOUSE
525 MAGOFFIN AVENUE, ROOM 105
EL PASO, TEXAS 79901

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE: $300

Bernardo Rafael Cruz
5225 Katy Freeway, Suite 350
Houston, TX 77007
3:21-cv-00178-KC

CLERK, U. S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
525 MAGOFFIN, AVENUE, ROOM 105
EL PASO, TEXAS 79901

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE: $300

Noor Zafar
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
3:21-cv-00178-KC

CLERK, U. S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
525 MAGOFFIN, AVENUE, ROOM 105
EL PASO, TEXAS 79901

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE: $300

Ming Cheung
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
3:21-cv-00178-KC

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
525 MAGOFFIN AVENUE, ROOM 105
EL PASO, TEXAS 79901

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE: $300

Katrina Eiland
ACLU Foundation, Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
3:21-cv-00178-KC