# Western District of Texas - El Paso Division, Texas
525 MAGOFFIN AVE STE 105 EL PASO TX 79901

PRIORITY SERVICE

## CASE #: 3:21-CV-00178

ANNUNCIATION HOUSE; ANGRY TIAS & ABUELAS OF THE RIO GRANDE VALLEY; JENNIFER HARBURY; FIEL HOUSTON

*Plaintiff*
**vs**
GREG ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF TEXAS; AND STEVEN MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE STATE OF TEXAS DEPARTMENT OF PUBLIC SAFETY

*Defendant*

### AFFIDAVIT OF SERVICE

I, **JAMES R HENDERSON**, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit.  That I received the documents stated below on 08/10/21 9:27 am, instructing for same to be delivered upon ABBOTT, GREG (GOVERNOR).

That I delivered to: ABBOTT, GREG (GOVERNOR). By Delivering to Kenny Moreland, Authorized To Accept

the following        : SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY AND INJUNTIVE RELIEF; CIVIL COVER SHEET; NOTICE OF RELATED CASE; MOTION FOR PRELIMINARY INJUNCTION; EXHIBITS A THROUGH H; PROPOSED ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION; MOTION TO EXPEDITE CONSIDERATION OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXPEDITE CONSIDERATION OF PLAINTIFFS' MOTION, ET AL

at this address      : 110 CONGRESS AVE.
                       Austin, Travis County, TX 78701

Manner of Delivery   : By PERSONALLY delivering the document(s) to the person above.

Delivered on         : Tuesday AUG 10, 2021 12:26 pm

My name is JAMES R HENDERSON, my date of birth is OCT 24th, 1980, and my address is Professional Civil Process Of Texas, Inc, 103 Vista View Trail, Spicewood TX 78669, and U.S.A.  I declare under penalty of perjury that the foregoing is true and correct.

Executed in Travis County, State of Texas, on the _____ day of

_August_, 20_21_

_____
JAMES R HENDERSON            2732    Declarant
TX Certification# PSC-12091 Exp. 06/30/2023

AX02A21801614

tomcat
eaffidavits@pcpusa.net

Service Fee:        PCP Inv#: A21801614
Witness Fee:
Mileage Fee:
American Civil Liberties Union

RETURN TO CLIENT