**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| ANNUNCIATION HOUSE; ANGRY TIAS & ABUELAS OF THE RIO GRANDE VALLEY; JENNIFER HARBURY; and FIEL HOUSTON, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas; and STEVEN MCCRAW, in his official capacity as Director of the State of Texas Department of Public Safety, <br><br> Defendants. | Case No. 3:21-cv-178-KC |

## JOINT STIPULATION REGARDING RESPONSE DEADLINE

The parties hereby inform the Court that they have conferred regarding Defendants' deadline to respond to Plaintiffs' motions for preliminary injunction and consolidation. Dkt. 4, 5. Defendants hereby agree that they will file responses by 5:00pm Mountain Time on August 23, 2021. Plaintiffs agree that they will not file a motion asking the Court to require an earlier response.

Dated: August 19, 2021

Spencer Amdur*
Katrina Eiland*
Cody Wofsy*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111

Respectfully submitted,

*/s/ Adriana Pinon*
Kathryn Huddleston*
Bernardo Rafael Cruz*
Brantley Shaw Drake*
Adriana Pinon, TX Bar No. 2408976
Andre Segura*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF TEXAS, INC.

1

Tel: (415) 343-0770
samdur@aclu.org
keiland@aclu.org
cwofsy@aclu.org

Omar Jadwat*
Noor Zafar*
Ming Cheung*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2660
ojadwat@aclu.org
nzafar@aclu.org
mcheung@aclu.org

5225 Katy Freeway, Suite 350
Houston, Texas 77007
Tel: (713) 942-8146
khuddleston@aclutx.org
brcruz@aclutx.org
sdrake@aclutx.org
apinon@aclutx.org
asegura@aclutx.org

*Attorneys for Plaintiffs*
*Pro hac vice*

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Tx. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tx. State Bar No. 24088531

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2021, I served a copy of the foregoing motion via the Court's ECF filing system.

*/s/ Adriana Pinon*
Adriana Pinon

**<u>ORDER</u>**

The stipulation is approved.  Defendants shall file their responses to Plaintiffs'

preliminary injunction and consolidation motions by 5:00pm Mountain Time on August 23,

2021.

Dated: _____                    _____

                                               Hon. Kathleen Cardone
                                               United States District Court