## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| ANNUNCIATION HOUSE; ANGRY TIAS & ABUELAS OF THE RIO GRANDE VALLEY; JENNIFER HARBURY; FIEL HOUSTON, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 3:21-cv-00178-KC |
| GREG ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS; STEVEN MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE STATE OF TEXAS DEPARTMENT OF PUBLIC SAFETY, | § § § § § § § § | |
| Defendants. | § | |

## APPENDIX IN SUPPORT OF DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Date: August 23, 2021                Respectfully submitted.

KEN PAXTON                           /s/ Patrick K. Sweeten
Attorney General of Texas            PATRICK K. SWEETEN
                                     Deputy Attorney General for Special Litigation
                                     Tx. State Bar No. 00798537
BRENT WEBSTER
First Assistant Attorney General
                                     WILLIAM T. THOMPSON
                                     Deputy Chief, Special Litigation Unit
JUDD E. STONE II                     Tx. State Bar No. 24088531
Solicitor General
Tx. State Bar No. 24076720
                                     OFFICE OF THE ATTORNEY GENERAL
                                     P.O. Box 12548 (MC-009)
                                     Austin, Texas 78711-2548
                                     Tel.: (512) 463-2100
                                     Fax: (512) 457-4410
                                     judd.stone@oag.texas.gov
                                     patrick.sweeten@oag.texas.gov
                                     will.thompson@oag.texas.gov

                                     **COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that on August 23, 2021, a true and accurate copy of the foregoing

document was filed electronically (via CM/ECF) and served on all counsel of record.

                            /s/ Patrick K. Sweeten
                            PATRICK K. SWEETEN

# Exhibit 1



GOVERNOR GREG ABBOTT

July 28, 2021

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
11:30AmO'CLOCK

JUL 28 2021

Secretary of State

Mr. Joe A. Esparza
Deputy Secretary of State
State Capitol Room 1E.8
Austin, Texas 78701

Dear Deputy Secretary Esparza:

Pursuant to his powers as Governor of the State of Texas, Greg Abbott has issued the following:

Executive Order No. GA-37 relating to the transportation of migrants during the COVID-19 disaster.

The original executive order is attached to this letter of transmittal.

Respectfully submitted,

Gregory S. Davidson
Executive Clerk to the Governor

GSD/gsd

Attachment

# Executive Order

## BY THE
## GOVERNOR OF THE STATE OF TEXAS

Executive Department
Austin, Texas
July 28, 2021

### EXECUTIVE ORDER
### GA 37

*Relating to the transportation of migrants during the COVID-19 disaster.*

WHEREAS, I, Greg Abbott, Governor of Texas, issued a disaster proclamation on March 13, 2020, certifying under Section 418.014 of the Texas Government Code that the novel coronavirus (COVID-19) poses an imminent threat of disaster for all counties in the State of Texas; and

WHEREAS, in each subsequent month effective through today, I have renewed the COVID-19 disaster declaration for all Texas counties; and

WHEREAS, I issued a disaster proclamation on May 31, 2021, certifying under Section 418.014 that the surge of individuals unlawfully crossing the Texas-Mexico border poses an ongoing and imminent threat of disaster for certain counties and agencies in the State of Texas, including the potential for the spread of COVID-19; and

WHEREAS, in each subsequent month effective through today, I have amended and renewed the border disaster declaration; and

WHEREAS, in a so-called "Title 42 order," President Trump took action to protect Americans from COVID-19 by rapidly expelling migrants who could carry the disease across the border; and

WHEREAS, the Biden Administration has kept in place the Title 42 order, and for good reason; and

WHEREAS, despite the emergence of the highly contagious delta variant of COVID-19, and the fact that vaccination rates are lower in the countries that newly admitted migrants come from and pass through, President Biden has thwarted the Title 42 order's effect by admitting into the United States and the State of Texas, migrants who are testing positive for COVID-19; and

WHEREAS, President Biden's failure to enforce the Title 42 order, combined with his refusal to enforce the immigration laws enacted by Congress, is having a predictable and potentially catastrophic effect on public health in Texas; and

WHEREAS, to take just one data point, reports show that U.S. Customs and Border Protection (CBP) has recently seen a 900 percent increase in the number of migrant detainees who tested positive for COVID-19 in the Rio Grande Valley; and

WHEREAS, busloads of migrants, an unknown number of whom are infected with COVID-19, are being transported to communities across the State of Texas, exposing

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
11:30AM O'CLOCK

JUL 2 8 2021

*Governor Greg Abbott*
July 28, 2021

*Executive Order GA-37*
Page 2

Texans to the spread of COVID-19, as has already been reported in cities like La Joya, among others; and

WHEREAS, President Biden's refusal to enforce laws passed by the United States Congress cannot be allowed to compromise the health and safety of Texans by knowingly exposing them to COVID-19; and

WHEREAS, in the Texas Disaster Act of 1975, the legislature charged the governor with the responsibility "for meeting … the dangers to the state and people presented by disasters" under Section 418.011 of the Texas Government Code, and expressly granted the governor broad authority to fulfill that responsibility; and

WHEREAS, under Section 418.012, the "governor may issue executive orders … hav[ing] the force and effect of law;" and

WHEREAS, under Section 418.018(c), the "governor may control ingress and egress to and from a disaster area and the movement of persons and the occupancy of premises in the area;" and

WHEREAS, the admittance and movement of migrants under the Biden Administration is exposing Texans to COVID-19 and creating a public health disaster in Texas;

NOW, THEREFORE, I, Greg Abbott, Governor of Texas, by virtue of the power and authority vested in me by the Constitution and laws of the State of Texas, do hereby order the following on a statewide basis effective immediately:

1. No person, other than a federal, state, or local law-enforcement official, shall provide ground transportation to a group of migrants who have been detained by CBP for crossing the border illegally or who would have been subject to expulsion under the Title 42 order.

2. The Texas Department of Public Safety (DPS) is directed to stop any vehicle upon reasonable suspicion of a violation of paragraph 1, and to reroute such a vehicle back to its point of origin or a port of entry if a violation is confirmed.

3. DPS is authorized to impound a vehicle that is being used to transport migrants in violation of paragraph 1, or that refuses to be rerouted in violation of paragraph 2.

This executive order shall remain in effect and in full force unless it is modified, amended, rescinded, or superseded by the governor.

Given under my hand this the 28th day of July, 2021.

GREG ABBOTT
Governor

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
__11:30Am__ O'CLOCK

JUL 2 8 2021

*Governor Greg Abbott*
July 28, 2021

*Executive Order GA-37*
Page 3

ATTESTED BY:

JOE A. ESPARZA
Deputy Secretary of State

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
11:30AM O'CLOCK

JUL 2 8 2021

# Exhibit 2



**Office of the Attorney General**

**Washington, D. C. 20530**

July 29, 2021

The Honorable Greg Abbott
Governor of Texas
P.O. Box 12428
Austin, TX 78711-2428

Dear Governor Abbott:

I urge you to immediately rescind Executive Order GA 37, entitled *Relating to the transportation of migrants during the COVID-19 disaster*. The Order purports to mandate that "[n]o person, other than a federal, state, or local law-enforcement official, shall provide ground transportation to a group of migrants who have been detained by [U.S. Customs and Border Protection] for crossing the border illegally or who would have been subject to expulsion under the Title 42 order." EO GA 37 ¶ 1. As explained below, the Order is both dangerous and unlawful.

The Order would jeopardize the health and safety of noncitizens in federal government custody, federal law enforcement personnel and their families, and our communities. Among other harms, the Order would exacerbate and prolong overcrowding in facilities and shelters and obstruct the federal government's arrangements with state, local, and nongovernmental partners to ensure that released individuals are transported for appropriate COVID-19 testing to address public health concerns. Additionally, because federal law requires individuals processed for release to appear before immigration courts or report to U.S. Immigration and Customs Enforcement offices throughout the country, the Order directly interferes with the implementation of federal immigration law.

The Order violates federal law in numerous respects, and Texas cannot lawfully enforce the Executive Order against any federal official or private parties working with the United States. The United States advances its immigration and public health functions in Texas through a variety of federal officials, contractors, and grantees. Some federal officials who work in Texas on behalf of agencies including the Department of Health & Human Services, the Department of Homeland Security, and the Federal Emergency Management Agency may not be considered "law-enforcement official[s]" exempted from the Order. But, under the Supremacy Clause of the U.S. Constitution, a state may not interfere with or obstruct these federal officials in the performance of their duties. *See Trump v. Vance*, 140 S. Ct. 2412, 2425 (2020) (States can neither "control the operations of the constitutional laws enacted by Congress," nor impede the Executive Branch's "execution of those laws."); *Johnson v. Maryland*, 254 U.S. 51, 56–57 (1920) (holding that state laws cannot "control the conduct of" individuals "acting under and in pursuance of the laws of the United States").

Likewise, Texas cannot regulate the operations of private parties performing tasks on behalf of the United States. *See Goodyear Atomic Corp. v. Miller*, 486 U.S. 174, 181 (1988) ("[A] federally owned facility performing a federal function is shielded from direct state regulation, even though the federal function is carried out by a private contractor, unless Congress clearly authorizes such regulation."); *Boeing Co. v. Movassaghi*, 768 F.3d 832, 840 (9th Cir. 2014) (holding unconstitutional a state law that "directly interfere[d] with the functions of the federal government" by "mandat[ing] the ways in which [a contractor] renders services that the federal government hired [it] to perform"). The Order therefore cannot be applied to private parties working with the federal government to provide transportation for migrants.

Moreover, Texas has no authority to interfere with the United States' "broad, undoubted power over the subject of immigration" by impairing the United States' release of individuals and the ability of those individuals to comply with federal immigration law. *See Arizona v. United States*, 567 U.S. 387, 395–416 (2012). To the extent the Order interferes with immigration enforcement, the Order is unconstitutional.

In short, the Order is contrary to federal law and cannot be enforced. Accordingly, consistent with its authorities under federal law, the United States will continue its noncitizen transportation operations unabated. I urge you to immediately rescind the Order. If you do not do so, I am providing notice consistent with Section 1-10.100 of the Justice Department's *Justice Manual* that the United States intends to pursue all appropriate legal remedies to ensure that Texas does not interfere with the functions of the federal government.

Sincerely,

Merrick B. Garland
Attorney General

Cc:  The Honorable Ken Paxton
     Attorney General of Texas
     P.O. Box 12548
     Austin, TX 78711-2548

# Exhibit 3



GOVERNOR GREG ABBOTT

July 30, 2021

The Honorable Merrick Garland
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.  20530-0001

Dear Attorney General Garland:

This letter responds to your letter dated July 29, 2021, in which you state that my Executive
Order GA-37 "would jeopardize the health and safety of noncitizens." It is clear from the
arguments in your letter that the State of Texas and the federal government face a constitutional
crisis.

The authority that you assert to protect noncitizens directly conflicts with my authority, and duty,
to protect citizens of Texas and the United States. The constitutions and laws of the United States
and of Texas empower me, as Governor, to protect the health and safety of Texans. *See, e.g.,*
U.S. Const. amend. X; Tex. Const. art. IV, §§ 1, 10; Tex. Gov't Code ch. 418. Your actions,
combined with the actions and omissions of the Biden Administration, directly conflict with my
authority as Governor; and, candidly, conflict with the duty and obligation imposed on the Biden
Administration to apply and enforce the immigration laws passed by the United States Congress.

The Biden Administration is failing and refusing to enforce immigration laws by allowing
migrants to unlawfully enter into the United States. No doubt, the Constitution authorizes the
federal government, not states, to administer the immigration process. However, the Constitution
does not allow the Biden Administration to fabricate its own immigration laws. *See, e.g., United
States v. Texas*, 136 S. Ct. 2271 (2016) (per curiam); *DHS v. Regents of Univ. of Cal.*, 140 S. Ct.
1891, 1921–26 (2020) (Thomas, J., dissenting). Instead, the Administration is limited to applying
laws enacted by Congress.

Worse, the Biden Administration is knowingly admitting hundreds of thousands of unauthorized
migrants, many of whom the federal government knows full well have COVID-19. To be clear,
the Biden Administration is knowingly importing COVID-19 into Texas from across the border
and knowingly exposing Texans and Americans to that disease. While the Biden Administration
is openly pondering looming shutdowns and mandates on U.S. citizens to control the spread of

The Honorable Merrick Garland
July 30, 2021
Page 2

COVID-19, at the same time the Administration is knowingly worsening the problem by importing COVID-19 at extreme rates.

Under long-established emergency response laws used by Texas in partnership with the federal government, I have the authority to control the movement of people to contain the spread of a disaster. Tex. Gov't Code § 418.018(c). An obvious application of that standard is to limit the movement of people who are likely to have COVID-19. The assertion of this authority in Executive Order GA-37 is limited only to intra-state movement. It in no way interferes with either inter-state or international movement.

There are several actions the Biden Administration can take to avert a constitutional showdown while also addressing the public health concerns that my Executive Order seeks to achieve.

First, the Administration can ensure that any unauthorized migrants it allows to enter the United States remain only on federally owned or operated land. Already, the federal government is operating multiple migrant facilities along the border, presumably in ways that minimize or eliminate the potential for migrants infected with COVID-19 to transmit the disease to Texans. The federal government has the resources and capability to house those migrants while minimizing the transportation of infected migrants into Texas cities and towns.

Alternatively, the Biden Administration could simply enforce the existing federal immigration laws and stop admitting migrants who are not authorized by Congress to be admitted. That would substantially reduce the importation of COVID-19 while also fulfilling the federal government's role to faithfully execute the laws of the United States.

My office remains committed to working with you and the Department of Justice to ensure that we achieve the twin goals of applying the laws of the United States and of this state, while also preventing the knowing importation of COVID-19 into our communities.

Sincerely,

Greg Abbott
Governor

GA: jod

# Exhibit 4



# Governor Abbott Fires Back At U.S. Attorney General Garland's Response To Executive Order GA-37

July 29, 2021 | Austin, Texas | Press Release

Governor Greg Abbott today issued a statement responding to U.S. Attorney General Merrick Garland's letter regarding Executive Order GA-37, which restricts the transportation of unlawful migrants in Texas due to COVID-19.

"It is clear that the Biden Administration fundamentally misunderstands what is truly happening at the Texas-Mexico border. The current crisis at our southern border, including the overcrowding of immigration facilities and the devastating spread of COVID-19 that the influx of non-citizens is causing, is entirely the creation of the Biden Administration and its failed immigration policies. By choosing not to enforce immigration laws, removing sound policies like the Remain in Mexico program, and failing to make the most robust use of Title 42 authorities, this Administration has directly caused the unprecedented crisis Texas is facing. And it is increasingly a matter of grave public-health concern as unlawful migrants enter from countries with lower vaccination rates than the United States.

"It would be of some solace if the federal government were conducting appropriate COVID-19 testing and other mitigation strategies, but to the contrary, we hear too many reports of the federal government recklessly failing to do so

and instead admitting into the United States — and Texas — migrants from over 150 countries, many of whom are testing positive for COVID-19.

"In short, the Biden Administration is jeopardizing the health and safety of Texans on a daily basis by refusing to follow the law. And it's not just Texans; these irresponsible policies and actions by the Biden Administration are endangering the lives of many Americans as well as the unlawful immigrants themselves. I will take every available step consistent with the law to fulfill my duty to protect the health and safety of all Texans."

Home    Governor Abbott    First Lady    Initiatives    News    Organization    **Contact**

**Office of the Texas Governor**

P.O. Box 12428
Austin Texas 78711
(512) 463-2000

Employment

Site Policies

Accessibility

Report Fraud

Site Map

Where the Money Goes

TRAIL Search

Texas Veterans Portal

Texas.gov

RSS Feed

     

# Exhibit 5

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    *Plaintiff*,<br><br>       v.<br><br>THE STATE OF TEXAS, and GREG ABBOTT, in his official capacity as Governor of the State of Texas,<br><br>                    *Defendants*. | Case No. 3:21-cv-173 |

**DECLARATION OF STEVEN C. MCCRAW**

I, Steven C. McCraw, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following testimony is true and correct to the best of my knowledge and belief:

1.     I am the Director of the Texas Department of Public Safety ("DPS"). I have served in this position since August 2009.

2.     My career in law enforcement has spanned approximately 40 years.

3.     I began my law enforcement career with the DPS in 1977 as a Highway Patrol Officer in the City of Canyon, Texas. I was later promoted to Narcotics Investigator in 1980—a position I held for three years.

4.     In 1983, I began a 21-year career with the Federal Bureau of Investigation. I advanced through a variety of positions, including but not limited to Supervisory Special Agent, Organized Crime Unit Chief, Assistant Special Agent in Charge, Inspector-In-Charge of the South East Bomb Task Force, Special Agent in Charge, Director of the Foreign

Terrorism Tracking Task Force and Assistant Director of the Office of Intelligence and Inspections.

5. In 2004, I retired from the FBI to become the Texas Homeland Security Director in the Office of the Governor, where I served until assuming the position of DPS Director.

6. I earned my Bachelor of Science and Master of Arts Degrees from West Texas State University.

7. DPS is an agency of the State of Texas statutorily tasked with enforcing state laws, protecting public order, and providing for the prevention and detection of crime. It is composed of three primary divisions, each led by a Deputy Director under my direct supervision: (1) Homeland Security Operations; (2) Law Enforcement Operations; and (3) Law Enforcement Services.

8. As part of its mission, DPS works with local and state partners to provide direct assistance to U.S. Customs and Border Protection to deter, detect and interdict smuggling along the Texas/Mexico border.

9. DPS also works with the Border Prosecution Unit to degrade the smuggling infrastructure, deter smuggling related corruption along the border, and target transnational criminal activity including drug trafficking, labor trafficking, sex trafficking and money laundering in key Texas transshipment and trafficking centers throughout the state.

10. In my capacity as DPS's Director, I am responsible for day-to-day operations. To that end, I adopt rules and procedures considered necessary for the control of the department.

11. It is my responsibility to draft, design, and implement procedures for enforcement in response to executive orders that involve DPS. That process is often collaborative and

commonly involves consultation and coordination with other state and federal entities, including other law enforcement agencies.

12. I have read Governor Greg Abbott's July 28, 2021, Executive Order No. GA-37. The order specifically states that "the admittance and movement of migrants under the Biden Administration is exposing Texans to COVID-19 and creating a public health disaster." It further notes that "busloads of migrants, an unknown number of whom are infected with COVID-19, are being transported to communities across the State of Texas, exposing Texas to the spread of COVID-19."

13. GA-37 provides: "No person, other than a federal, state, or local law-enforcement official, shall provide ground transportation to a group of migrants who have been detained by CBP for crossing the border illegally or who would have been subject to expulsion under the Title 42 order."

14. GA-37 tasks DPS with enforcement of the order.

15. Prior to enforcing the provisions of GA-37, DPS intends to draft procedures to govern enforcement of the order.

16. DPS has not yet promulgated those procedures. Enforcement of the order will commence only after they are finalized and approved. I estimate that it will take a week, from Monday, August 2, 2021, to complete the work necessary to draft and finalize enforcement procedures for GA-37.

17. I have already begun the process of reaching out to state, federal, and private entities, to create workable enforcement guidelines that are consistent with the goals set forth in GA-37.

18.     On July 28, 2021, I directed DPS Regional Director Victor Escalon to meet with a non-profit group that had been transporting migrants and obtained an understanding of its perspective and concerns.

19.     On July 29, 2021, the day after GA-37 was issued, I spoke with the chief of the U.S. Border Patrol, Raul Ortiz and his five Texas Sector Chiefs. We discussed GA-37 and how it does not apply to "a federal, state, or local law-enforcement official."  We also discussed how DPS and CBP could coordinate to ensure that DPS's enforcement of GA-37 would protect Texans without interfering with federal immigration enforcement.  DPS works closely with CBP and considers them and other federal immigration and law enforcement agencies to be partners, not adversaries.

20.     On July 30, 2021, I learned that the Department of Justice had filed this lawsuit.

21.     Because DPS has not yet issued policies governing enforcement of GA-37, predictions about how GA-37 will be enforced are inherently speculative. Nonetheless, I note that, by its own terms, GA-37 does not apply unless someone who is not a law-enforcement official is "provid[ing] ground transportation to a group of migrants."

22.     Further, DPS understands that GA-37 covers intrastate travel, not interstate or international travel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of August, 2021.

Steven C. McCraw

# Exhibit 6

Sign Up

Email or Phone    Password    Log In

Forgot account?

## La Joya Police Department
July 26 at 6:59 PM · 🌐

🔴🔴🔴 Attention Citizens of La Joya, this is a Public Health Announcement. 🔴🔴🔴

On July 26, 2021, a La Joya Police Department Officer was waved down by a concern citizen at the Whataburger located at 450 E. US-83, La Joya, TX 78560.

The citizen explained to the Officer that she had observed a family group who were not being observant of proper health guidelines. She stated that the family was coughing and sneezing without covering their mouths and were not wearing face masks.

The Officer was also told by Whataburger management that they wanted the people to leave the establishment due to their disregard to other people's health.

The Officer approached the family and was told by them that they had been apprehended by Border Patrol days prior and were released because they were sick with Covid-19.

It was also learned that the family was housed at the Texas Inn Hotel located at 612 E. Expressway 83 La Joya Tx. 78560, by a charity group.

Officers made contact with Hotel management who explained that Catholic Charities of The Rio Grande Valley had booked all the rooms in the hotel to house undocumented immigrants that were detained By Border Patrol.

Officers also observed that a group of 20 to 30 people staying at the hotel were out and about the majority with out face masks.

It was also learned that people being detained by Border Patrol that showed symptoms of illness or were positive for Covid -19 were being quarantined by the agency and then later they were given custody to Catholic Charities of the Rio Grande Valley to be placed in hotels in the McAllen area as well as La Joya.

Upon receiving all this information officers contacted Hidalgo County Health and Human Services for assistance. Officers were told that the agency would look into the matter.

We want to inform the public about the current situation we have encountered and ask that the citizens of La Joya to exercise social distancing measures and that they please use face masks in order to prevent the spread of Covid -19 or its variants.

La Joya Police Department has been assisting Border Patrol in the apprehension of hundreds of people crossing through the cities jurisdiction and the flow of undocumented immigrants does not show any signs of slowing down.

Border Patrol informed La Joya Police Department that on July 25, 2021 that they have surpassed 1 million apprehensions in the month of June.

We also want to add Catholic Charities of the Rio Grande Valley did not inform the La Joya Police Department that people that had symptoms or were sick with Covid-19 were going to be placed in the Texas Inn Hotel.

Please exercise safe health practices.

### Related Pages

**Mi Ranchito Country Store LLC**
Local Service

**Solis Creations.**
Shopping & Retail

**Royal Elegance Party Decor**
Product/Service

**Abby's Creations**
Personal Blog

**Donna First**
Political Candidate

**Etched by Nicole**
Art

**David Garza For Commissioner ...**
Political Organization

**Palmview Police Department**
Government Organization

**La Grulla Fire department FM2360**
Public & Government Service

**Hidalgo County Pct 2 Constable'...**
Government Organization

**Wild Coyote Pizza**
Pizza Place

**MarketNerd**
Product/Service

### Recent Post by Page

**La Joya Police Department**

## See more of La Joya Police Department on Facebook

Log In    or    Create New Account



😟👍 10       1 Comment  8 Shares

↪ Share

**La Joya Police Department**
July 29 at 8:18 PM 🌐

↪ A case in Weslaco involving Catholic Charities of he Rio Grande Valley has been uncovered today.

😊😟😮 47      21 Comments  21 Shares

↪ Share

😟😮👍 1.1K      1.1K Comments  6.6K Shares

↪ Share

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

[+]

Privacy · Terms · Advertising · Ad Choices ▷ Cookies · More ·
Facebook © 2021

**See more of La Joya Police Department on Facebook**

**Log In**   or   **Create New Account**