**Declaration of Ricardo A. Samaniego**

My name is Ricardo A. Samaniego.  I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

I am over the age of 18.  I provide this declaration based on personal knowledge. I would testify to the facts in this declaration under oath if called upon to do so.

I was elected to be El Paso County Judge on May 22, 2018, and entered office in January 2019.  As County Judge, I preside over the El Paso County Commissioners Court.

The County Judge and four-member Commissions Court is the Executive body for the County, and among other things, this body sets the county's tax rate and oversees its budget.

I make this declaration with full support of my fellow Commissioners on Commissioner Court.

El Paso County is a bilingual, bi-national, multicultural, and geographically distinct community. We have over 800,000 residents, more than 82 percent of whom are Hispanic and more than 25 percent of whom are foreign born. It is part of the largest border community on the Rio Grande, and one of the safest communities in the nation. Every day, hundreds of individuals pass through to conduct business, shop, attend school, and visit family.

El Paso County takes great pride in protecting all of its residents and promoting safety throughout the community. It is no surprise that El Paso County has been a leader in its public health policy, testing, and vaccinations, both in Texas and nationally, in fighting the coronavirus, designated SARS-CoV-2, which causes the disease COVID-19.

With 4 of the 28 international ports of entry between Texas and Mexico, El Paso County is a major migration point into the United States. As such, the County has first-hand knowledge about the transportation and public health needs of migrants as they pass through our community to wherever there final destination may be. Beginning in 2018, El Paso saw an exponential increase in the number of migrants crossing into the United States seeking asylum. Often times, migrants were released onto El Paso streets and to El Paso's bus stations once they had been processed by the federal government.

In response to the inadequate state and federal government assistance and the public health and safety issues associated with such a release, El Paso County, alongside several non-governmental and faith-based organizations and volunteers, provided food, shelter and transportation for up to 753 migrants daily. Specifically, the County used a transit management agency, First Transit, to provide the operational support with the County's buses. Often groups of migrants were picked up from various hospitality centers operated by community organizations and then taken to the El Paso International Airport or the Greyhound Terminal Station in Downtown El Paso. While ridership fluctuated to as much as 100 riders in a day, it averaged approximately 40 riders daily. This level of coordination that provided for migrant transportation and care went on for months.

Beginning on May 4, 2020, and expanded on March 1, 2021, in order to protect public health and reduce human contact during community spread of COVID-19, the County entered into a Transportation Agreement with Project Amistad. Through this agreement, Project Amistad provided Non-Emergency Medical Transportation ("NEMT") for symptomatic and presumable positive COVID-19 residents and migrants to and from medical appointments, dialysis centers and COVID-19 screening locations in a manner that adheres to COVID-19

public health precautions. It also included transporting migrants to vaccinations sites, often times with multiple people in the vehicle.

To further protect the El Paso community from COVID-19 spread and to more safely move released migrants through El Paso County, the County expanded migrant transportation services. Expanded services for migrants included overflow transport from ports of entry to the shelters, transport between non-profit hospitality sites, transport of presumptive or positive COVID-19 migrants to the Office of Emergency Management quarantine and isolation sites, and perhaps most importantly, transport to various local transportation hubs, such as El Paso International Airport, the Greyhound bus terminal on Santa Fe and also the El Paso-Los Angeles Limousine Express Terminal. We currently transport approximately 70 people a day, six days a week. That number has been as high as 140 people daily.

On July 28, 2021, issuance of Executive Order No. 37 ("GA-37") has put these processes and the safety of our community in jeopardy. Since GA-37 bars persons, other than federal, state, or local law enforcement officials from providing ground transportation to migrants who have been detained by CBP for crossing the border unlawfully or who would have been subject to expulsion under the Title 42 Order, this order puts the El Paso community at further risk of COVID-19 spread.

GA-37 dismantles the painstakingly developed system among federal immigration authorities, local organizations and the County that enables El Paso to manage the continued arrival of migrants during the ongoing global pandemic. In doing so, GA-37 creates a public health dilemma for the community, while crippling local governments and organizations who already have limited resources, and now fewer volunteers due to COVID-19.

As we directly experienced in 2018, not providing adequate transportation to migrants will lead to the marooning of individuals, families and groups in El Paso County without access to water, food, or shelter, and with the County unable to provide efficient access to COVID testing, vaccinations and other medical needs. Collaterally, it will be law enforcement that will have now have to respond to these medical needs in a costly emergency capacity.

Furthermore, an inability to provide migrant transportation to the bus station or airport also creates an unnecessary safety risk to migrants who may have to live on the streets, try to walk to the transportation hub or seek transportation by means that fail to adhere to public health guidelines.

When "no person" is able to provide "ground transportation to a group of migrants," El Paso County is forced to not only watch the inflow of a humanitarian crisis, such as the one the County addressed in 2019, but to let it stagnate within its borders. Without safety guidelines or protections, creatingGA-37 creates a public health and safety crisis for County residents.

GA-37 also raises other significant concerns for a predominantly Hispanic community. On its face, no guidance, policy, or plan can prevent its enforcement based on appearance alone. This will no doubt lead to racial profiling and discrimination in our community, not just for transport that we provide for migrants, but also for regular public transportation operators who may be transporting migrants on their normal routes. This order not only places our employees and contractors at risk of criminal penalties, but our law enforcement and tax payers at risk of costly civil rights litigation.

To think that GA-37 somehow serves as an adequate response to responding to Texas' COVID-19 health crisis misses the point that local governments and their residents know their communities best, and, in this case, are in the best position to act.

- 5 -

I declare under the penalty of perjury under the law of the United States of America that the foregoing is true and correct to the best of my knowledge and recollection.

Executed on: August 25, 2021

Ricardo A. Samaniego