**DECLARATION OF MING CHEUNG IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Ming Cheung, Esq., declare as follows:

I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would testify competently as follows:

1. On Wednesday, August 25, 2021, I downloaded a chart from a webpage of the Centers for Disease Control and Prevention ("CDC"). *See* CDC, *Trends in Number of COVID-19 Cases and Deaths in the US Reported to CDC, by State/Territory* (last updated Aug. 24, 2021) https://covid.cdc.gov/covid-data-tracker/#trends_dailycases. To identify the daily number of reported COVID-19 cases in the state of Texas, I selected "Texas" from the "Select a state or territory" dropdown menu and selected Jan. 1, 2021, and Aug. 23, 2021 as the applicable date range. Exhibit A is a true and correct copy of the resulting chart from CDC's website.

2. Exhibit A indicates that, on average, the state of Texas has reported more than 15,000 new COVID-19 cases each day over the last week (Aug. 17 to Aug. 23, 2021).

3. On Wednesday, August 25, 2021, I downloaded a chart from a webpage of the Department of Transportation ("DOT"). *See* DOT, *Border Crossing Entry Data* (last visited Aug. 25, 2021), https://explore.dot.gov/#/views/BorderCrossingData/Monthly. To identify the number of crossings at ports of entry along the Texas-Mexico border, I selected "2021" from the "Year" dropdown menu; "US-Mexico Border" from the "Border" dropdown menu; "Texas" from the "State" dropdown menu; and "Bus Passengers," "Pedestrians," "Personal Vehicle Passengers," "Train Passengers," and "Trucks" from the "Measure" dropdown menu. Exhibit B is a true and correct copy of the resulting chart from DOT's website.

1

4.     Exhibit B indicates that, for June 2021, the latest month for which data is available, there were more than 150,000 border crossings per day from Mexico into Texas at ports of entry.

5.     On Wednesday, August 25, 2021, I downloaded data from a webpage of the U.S. Customs and Border Protection ("CBP").  *See* CBP, *Nationwide Encounters* (last updated Aug. 4, 2021), https://www.cbp.gov/newsroom/stats/nationwide-encounters.  To identify the number of migrants that CBP did not expel under Title 42 and therefore could have released into the state of Texas, I selected "Southwest Land Border" from the "Choose Region" dropdown menu, and "Title 8" from the "Title of Authority" dropdown menu, and "Texas" from the "State" dropdown menu.  Attached as Exhibit C is a true and correct copy of the resulting charts and data tables from CBP's website.

6.     Exhibit C indicates that, on average from June through July 2021, CBP encountered and processed approximately 2,500 migrants per day in Texas who were not expelled under Title 42.


I, Ming Cheung, declare under penalty of perjury of the laws of the State of New Jersey and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on August 25, 2021, in Jersey City, New Jersey.


_____
MING CHEUNG, ESQ.

2

# Exhibit A



Daily Trends in Number of COVID-19 Cases in Texas Reported to CDC

# Exhibit B

**Border Crossing Entry Data | Monthly Data**

**Year**
2021

**Month**
All

**Border**
US-Mexico Border

**State**
Texas

**Port Name**
All

**Measure**
Multiple values

| Port Name | Measure | 2021 | | | | | |
|---|---|---|---|---|---|---|---|
| | | January | February | March | April | May | June |
| Boquillas | Pedestrians | | 11 | 30 | 33 | 30 | 27 |
| Brownsville | Bus Passengers | 1,924 | 1,021 | 1,685 | 1,989 | 2,095 | 1,936 |
| | Pedestrians | 103,503 | 91,343 | 120,717 | 124,591 | 135,477 | 104,879 |
| | Personal Vehicle Pa. | 408,773 | 336,984 | 444,728 | 444,384 | 494,975 | 492,185 |
| | Trucks | 26,142 | 22,040 | 25,111 | 22,689 | 23,804 | 28,307 |
| Del Rio | Pedestrians | 3,154 | 2,809 | 4,807 | 4,953 | 11,966 | 7,156 |
| | Personal Vehicle Pa. | 144,469 | 117,902 | 166,471 | 163,936 | 178,628 | 171,176 |
| | Trucks | 6,178 | 5,205 | 7,385 | 6,330 | 6,111 | 6,608 |
| Eagle Pass | Bus Passengers | 7,900 | 4,072 | 7,373 | 7,008 | 8,225 | 7,825 |
| | Pedestrians | 46,044 | 31,379 | 52,284 | 49,272 | 55,895 | 43,902 |
| | Personal Vehicle Pa. | 272,915 | 206,968 | 298,069 | 295,846 | 300,379 | 300,339 |
| | Trucks | 16,132 | 13,345 | 16,527 | 16,209 | 16,165 | 17,820 |
| El Paso | Bus Passengers | 8,806 | 5,842 | 8,585 | 10,253 | 10,500 | 12,518 |
| | Pedestrians | 171,100 | 160,630 | 215,193 | 199,997 | 207,056 | 200,043 |
| | Personal Vehicle Pa. | 658,330 | 589,229 | 707,124 | 744,305 | 841,044 | 836,744 |
| | Train Passengers | 445 | 481 | | | | |
| | Trucks | 13,008 | 12,871 | 16,391 | 15,774 | 14,290 | 15,901 |
| Hidalgo | Bus Passengers | 7,807 | 3,995 | 8,401 | 11,200 | 9,583 | 9,597 |
| | Pedestrians | 95,630 | 81,514 | 105,503 | 106,192 | 120,643 | 98,908 |
| | Personal Vehicle Pa. | 402,015 | 330,060 | 443,957 | 432,085 | 468,597 | 423,647 |
| | Trucks | 60,500 | 54,928 | 64,467 | 60,069 | 59,203 | 58,137 |
| Laredo | Bus Passengers | 56,450 | 30,958 | 59,342 | 61,766 | 56,354 | 53,670 |
| | Pedestrians | 133,387 | 107,339 | 153,406 | 145,989 | 146,059 | 137,365 |
| | Personal Vehicle Pa. | 441,093 | 325,287 | 441,903 | 431,806 | 478,081 | 468,734 |
| | Trucks | 200,777 | 184,524 | 229,568 | 215,118 | 202,498 | 222,308 |
| Presidio | Bus Passengers | 69 | 55 | 60 | 71 | 92 | 818 |
| | Pedestrians | 9,041 | 7,967 | 12,184 | 9,063 | 7,291 | 8,243 |
| | Personal Vehicle Pa. | 85,103 | 61,364 | 81,555 | 79,993 | 86,686 | 90,895 |
| | Trucks | 880 | 891 | 984 | 876 | 761 | 873 |
| Progreso | Pedestrians | 74,896 | 61,125 | 101,512 | 86,209 | 85,323 | 74,755 |
| | Personal Vehicle Pa. | 136,306 | 118,326 | 169,167 | 155,072 | 154,657 | 143,917 |
| | Trucks | 4,624 | 4,311 | 5,661 | 4,722 | 3,772 | 3,627 |
| Rio Grande City | Bus Passengers | | | | 12,613 | | |
| | Pedestrians | 3,627 | 1,977 | 3,086 | 6,096 | 4,603 | 4,281 |
| | Personal Vehicle Pa. | 40,466 | 34,940 | 44,330 | 42,756 | 47,833 | 45,486 |
| | Trucks | 2,977 | 3,071 | 4,032 | 3,687 | 4,045 | 3,717 |
| Roma | Bus Passengers | 64 | 91 | | 58 | 300 | 207 |
| | Pedestrians | 72,821 | 60,158 | | 13,097 | 10,808 | 2,310 |
| | Personal Vehicle Pa. | 73,130 | 60,547 | 77,097 | 75,446 | 80,833 | 77,760 |
| | Train Passengers | | | | | 2,429 | 8,850 |
| | Trucks | 2,497 | 2,060 | 2,661 | 2,457 | 2,666 | 2,853 |
| Tornillo | Pedestrians | 876 | 2,338 | 4,825 | 5,130 | 5,511 | 4,697 |
| | Personal Vehicle Pa. | 50,615 | 40,058 | 47,542 | 42,369 | 47,071 | 43,416 |
| Ysleta | Pedestrians | 63,581 | 58,043 | 80,113 | 72,890 | 81,139 | 76,505 |
| | Personal Vehicle Pa. | 270,529 | 255,778 | 307,640 | 301,500 | 317,243 | 325,131 |
| | Trucks | 53,513 | 49,651 | 59,521 | 54,381 | 54,831 | 56,604 |

# Exhibit C



**U.S. Customs and Border Protection (CBP) Encounters**
Nationwide, Southwest Land Border,
and Northern Land Border Encounters by Fiscal Year (FY)

| Choose Region | FY | Component | Area of Responsibility |
|---|---|---|---|
| Southwest Land Border | All | All | All |

| Demographic | Citizenship | Title of Authority | State |
|---|---|---|---|
| All | All | Title 8 | TX |

FY  ■ 2020  ■ 2021 (FYTD)      **Reset Filters**

## FY Southwest Land Border Encounters by Month



| | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 (FYTD) | 4,549 | 6,093 | 7,300 | 9,481 | 18,763 | 47,422 | 44,056 | 45,704 | 61,596 | 88,922 | | | **333,886** |
| 2020 | 26,559 | 24,529 | 22,728 | 20,264 | 19,444 | 14,875 | 798 | 1,255 | 1,638 | 2,145 | 2,847 | 4,420 | **141,502** |

## FY Comparison by Demographic



**Source:** USBP and OFO official year end reporting for FY20; USBP and OFO month end reporting for FY21 to date. Data is current as of 8/4/2021...